UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:16-cv-00019-MOC

| | | |
|---|---|---|
| **RICKEY L. LAMB,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CAROLYN W. COLVIN,** | ) | |
| **Acting Commissioner of Social Security,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the Commissioner's Consent Motion for Reversal and Remand (#9). Having considered such motion, which indicates that Plaintiff concurs, the court enters the following Order.

.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Commissioner's Consent Motion for Reversal and Remand (#9) is **GRANTED**, Plaintiff's Motion for Summary Judgment (#7) is **DENIED without prejudice**, and this matter is hereby **REMANDED** for further administrative proceedings consistent with the Commissioner's motion and this Order, all in accordance with Sentence Four of 42 U.S.C. § 405(g).

Signed: July 12, 2016



Max O. Cogburn Jr.
United States District Judge