UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:16-cv-00019-MOC

| | |
|---|---|
| **RICKEY L. LAMB,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ORDER |
| **NANCY A. BERRYHILL,** **Acting Commissioner of Social Security,** | ) ) ) ) ) ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on counsel for plaintiff's Motion for Attorney's Fees under Section 406(b) of the Social Security Act (#14).

Having considered the Motion (#14) and its representation that the Commissioner does not object to the Motion, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that counsel for plaintiff's Motion for Attorney's Fees under Section 406(b) of the Social Security Act (#14) is **GRANTED**, as follows:

**IT IS ORDERED** that attorney fees be granted in the amount of $8,000, which represents less than 25% ($49,946.75) of the past due benefits awarded to the plaintiff, be remitted to Charlotte W. Hall of the Charles T. Hall Law Firm.

Upon receipt of this § 406(b) sum, counsel for Plaintiff is directed to **REMIT** the previously awarded Equal Access to Justice Act fees of $2,700 directly to the Plaintiff, as it represents the lesser of the two fees.

1

Upon the payment of these sums, this case is **DISMISSED** with prejudice.

Signed: June 2, 2017

Max O. Cogburn Jr
United States District Judge